JS-6

Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETA TIKOTZKY, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> -against- <br><br> REMAX REAL PROS, <br><br> Defendant | C.A. No.: 5:19-CV-1494-JGB(SHKx) <br><br> **DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 11, 2021 Notice of Voluntary Dismissal, all claims asserted against Defendant in Civil Action No: **5:19-cv-1494-JGB-(SHKx)**, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 12 day of March, 2021.**

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE